**David Contreras MORFIN; Marcelina Vasquez, Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–76658.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Nadeem H. Makada, Esq., Burlingame, CA, for Petitioners.

---

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Mark C. Walters, Esq., Anh–Thu P. Mai, Esq., U.S. Department of Justice Civil, Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

David Contreras Morfin and Marcelina Vasquez, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002), and we deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' motion because the BIA considered the evidence they submitted and acted within its broad discretion in determining that the new evidence was insufficient to warrant reopening. *Id.* (BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law").

**PETITION FOR REVIEW DENIED.**